■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENERO MEDINA, Appellant.

No opinion. Concur—Ross, J. P., Carro, Rosenberger, Wallach and Smith, JJ.